RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/5/07

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **PATRICK KIDDER** | * | CIVIL ACTION NO. 05-1152 |
| | * | |
| **VERSUS** | * | JUDGE HAIK |
| | * | |
| **TIDEWATER MARINE, L. L. C.** | * | |
| **AND GULF FLEET SUPPLY** | * | |
| **VESSELS L.L.C.** | * | MAGISTRATE JUDGE HILL |

## ORDER

It has came to this court's attention that a lawsuit, identical to the above captioned lawsuit, has been filed in State court. The State court action was filed in the Sixteenth Judicial District, Parish of St. Mary, on June 27, 2005, and the Federal court action was filed on June 28, 2005, one day after the state court action was filed.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the above captioned action is **STAYED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on the 5th day of March, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA